# EXHIBIT A

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE NOBLE SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF NOBLE ) | | CAUSE NO. 57D01- 1 4 0 7 -CT- 0 0 9 |

JEFF MONEY, )
)
    Plaintiff, )
)
v. )
)
KENDALLVILLE PLACE )
APARTMENTS, PHASE II, LLC, )
d/b/a NELSON ESTATES )
APARTMENTS, PHASE II, )
)
    Defendant. )

FILED

JUL 24 2014

CLERK NOBLE SUPERIOR COURT
DIVISION 1

## COMPLAINT

Plaintiff, by counsel, alleges against Defendant that:

1. The Plaintiff is Jeff Money, a disabled resident of Nelson Estates Apartments in Noble County, Kendallville Indiana at all material times to this Complaint.

2. The Defendant is Kendallville Place Apartments, Phase II, LLC, d/b/a Nelson Estates Apartments, Phase II, a company doing business at 1815 Raleigh Avenue, Kendallville, Indiana 46755. At all material times to this Complaint, Defendant was subject to the terms and provisions of Title II of the Americans with Disabilities Act with respect to the accessibility of parking spaces to handicapped individuals.

3. On or about August 3, 2012, Plaintiff was in the process of exiting a vehicle at his residence, and attempted to use his wheelchair. The vehicle was parked in a handicapped spot in the parking lot at the Nelson Estates apartment complex. The handicapped parking area lacked sufficient room for Plaintiff to safely exit the vehicle and use his wheelchair. As a result, Plaintiff fell and hit his head on a car, causing physical pain and injury,

—1—

including a serious injury to his leg.

4. Plaintiff contends that the Defendant violated his right to have equal access to the property, discriminating against him on the basis of his disability by failing to provide safe and adequate parking for individuals needing wheelchairs. Furthermore, the Defendant's discriminatory acts and omissions were in violation of Plaintiff's federally protected rights under Title II of the Americans with Disabilities Act ("ADA").

5. Defendant's discriminatory acts and/or omissions were the direct and proximate cause of Plaintiff suffering physical pain, injury, inconvenience, accrual of medical bills, emotional distress and other damages and injuries.

6. Defendant's discriminatory acts and/or omissions were intentional, willful, wanton and in reckless disregard of Plaintiff's federally protected rights under Title II of the ADA, warranting an imposition of punitive damages.

WHEREFORE, Plaintiff respectfully prays for judgment against the Defendant for compensatory damages, punitive damages, reasonable attorney's fees and costs, and all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38(b) of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

CHRISTOPHER C. MYERS & ASSOCIATES

*[signature]*

Christopher C. Myers, #10043-02
Ilene M. Smith, #22818-02
Rachel J. Guin-Lowry, #31722-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:   (260) 424-0600
Facsimile:   (260) 424-0712
E-mail:   cmyers@myers-law.com
            ismith@myers-law.com
            rguin@myers-law.com
Attorneys for Plaintiff

IMS/js
S:\Money, Jeff 1 (Wal-Mart)\Pleadings\Complaint.docx