# EXHIBIT B

STATE OF INDIANA     IN THE NOBLE SUPERIOR COURT
COUNTY OF NOBLE     ALBION, INDIANA

JEFF MONEY                       Case Number: 57D01- 1 4 0 7 -CT- 0 0 9

Petitioner(s) / Plaintiff(s)

AND/VS

KENDALLVILLE PLACE APARTMENTS, PHASE II, LLC,

d/b/a NELSON ESTATES APARTMENTS, PHASE II

Respondent(s) / Defendant(s)

## SUMMONS

**FILED**

JUL 2 4 2014

*[signature]*
CLERK NOBLE SUPERIOR COURT
DIVISION 1

TO:    CT Corporation System, Registered Agent
        Kendallville Place Apartments II, LLC
        150 West Market Street, Suite 800
        Indianapolis, IN 46204

You have been sued by the person(s) named above. The claim made against you is attached to this summons; please examine all pages carefully. The "X" marked below indicates the time limit you have to FILE YOUR ANSWER.

__XX__     Certified Mail     You or your attorney must file a written answer to the claim within TWENTY-THREE (23) DAYS, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

_____     Personal Service     You or your attorney must file a written answer to the claim within TWENTY-THREE (23) DAYS, commencing the day after you receive this summons, or judgment may be entered against you as claimed.

Your answer is considered filed the day it is received in the office of the Clerk of Noble Circuit and Superior Courts, 101 North Orange Street, Albion, Indiana, 46701. The method you choose to deliver your answer to the Clerk's Office is up to you; however, you should be able to prove you filed the answer. If you wish to file a claim against another party associated with this case, you must state it in your written answer.

If you are required to appear, the date, time and location will be shown on an attached Notice of Hearing form. IF YOU FAIL TO APPEAR, A JUDGMENT MAY BE ENTERED AGAINST YOU.

Dated: __JUL 25__

SHELLEY MAWHORTER
CLERK OF THE NOBLE CIRCUIT AND SUPERIOR COURTS

Christopher C. Myers     ( PLAINTIFF)
Attorney / Party Preparing Summons     (Party Represented)

(Seal)

809 South Calhoun Street, Suite 400
Street Address

Fort Wayne, IN 46802
City, State                 Zip Code

(260) 424-0600           10043-02
Telephone Number      Attorney Number

### MANNER OF SERVICE
(To be completed by Party Preparing Summons)

SHERIFF shall serve this Summons as follows:
- _____ personal service
- _____ leaving a copy at dwelling or place of employment
- _____ agent,
- _____ other (describe in particular and note Trial Rule)

CLERK shall serve this summons as follows:
- __XX__ certified mail,
- _____ registered mail
- _____ publication
- _____ other (describe in particular and note Trial Rule)

CERTIFIED MAIL

| | |
|---|---|
| I hereby certify, as indicated in the date issued field, that a copy of this document was sent to the named person(s) at the address(es) furnished, by registered/certified mail at Fort Wayne, Indiana, return receipt requested. | I hereby certify that service by registered/certified mail at Fort Wayne, Indiana, was attempted as required by law to the person and address stated on the return receipt attached; and that service ☐ was ☐ was not made, according to the information contained therein. |

Date Issued: _____                    Date Issued: _____

_____              _____
Clerk of the Noble Circuit and Superior Courts    Clerk of the Noble Circuit and Superior Courts

**ADMISSION OF SERVICE**

I received a copy of this Summons on this date _____ and at this location: _____

_____              _____
                                              Signature of Party    Relationship (if not within named person)

**RETURN OF SERVICE BY SHERIFF OR OTHER OFFICER**
Enter the alphabetical letter in the space provided to indicate the type of service.

I served a copy of this Summons as specified:    (_____)

    READING / delivering a copy (A) to the within named party;

    LEAVING A COPY for the within named party
        (B) with the spouse, named:
        (C) with a relative, named:
        (D) at the residence, located at:
        (E) with a secretary, named:
        (F) with the attorney, named:
        (G) with this person (other-specify):
        (H) with the employer, named:

Specify name of person, work supervisor, place of business, or location where copy was left.

_____

and (if applicable) by sending a copy of this document by first-class mail to the last known address of the within named person as indicated:

_____
Last known address of person named in the document (or Change of Address)

I did **not** serve a copy of this Summons because: (_____)

| | | | |
|---|---|---|---|
| (I) | The party was NOT FOUND / NO SUCH ADDRESS. | (R) | the party was on VACATION. |
| (J) | the document EXPIRED. | (S) | the party was NOT FOUND / VACANT. |
| (K) | the party AVOIDED service. | (T) | the party was NOT FOUND / MOVED. |
| (L) | the party REFUSED service. | (U) | the party was NOT FOUND IN THIS BAILIWICK. |
| (M) | the party was NO LONGER EMPLOYED at the address. | (V) | INSUFFICIENT ADDRESS OR INFORMATION WAS GIVEN. |
| (N) | the document was RETURNED by the authority of the Plaintiff. | (W) | they are NO LONGER IN BUSINESS. |
| (O) | the party is DECEASED. | (X) | several attempts were made / UNABLE TO SERVE. |
| (P) | the party was UNKNOWN AT THAT ADDRESS. | (Y) | of the following reason (OTHER-specify): |
| (Q) | the party was on SICK LEAVE / LAY OFF. | | |

I AFFIRM, UNDER THE PENALTY OF PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

_____              _____
Date Served / Attempted    Time Served / Attempted    Signature of Sheriff of Noble County, Indiana (or other officer)

                  By: _____
(Printed Name of Process Server)              Signature of Process Server

02/97    sum (CLK 298,fb)

 **CT Corporation**

**Service of Process Transmittal**
07/28/2014
CT Log Number 525404181

TO: Mark Heptinstall, Chief Financial Officer
Management Resources Development, Inc.
321 Woodland Pass, Suite 100
East Lansing, MI 48823-

RE: **Process Served in Indiana**

FOR: KENDALLVILLE PLACE APARTMENTS II, LLC (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Jeff Money, Pltf. vs. Kendallville Place Apartments, Phase II, LLC, etc., Dft. |
| DOCUMENT(S) SERVED: | Summons, Attachment(s), Complaint |
| COURT/AGENCY: | Noble County Superior Court, IN<br>Case # 57D011407CT009 |
| NATURE OF ACTION: | Personal Injury - Vehicle Collision - August 3, 2012 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Indianapolis, IN |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 07/28/2014 postmarked on 07/25/2014 |
| JURISDICTION SERVED: | Indiana |
| APPEARANCE OR ANSWER DUE: | Within 23 days after service |
| ATTORNEY(S) / SENDER(S): | Christopher C. Myers<br>Christopher C. Myers & Associates<br>809 South Calhoun Street<br>Suite 400<br>Fort Wayne, IN 46802<br>260-424-0600 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 780070984868 |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>150 West Market Street<br>Suite 800<br>Indianapolis, IN 46204 |
| TELEPHONE: | 225-922-4490 |

Page 1 of 1 / KS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.